UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| United States of America | ) | C/A No.: 6:03-cr-699 |
| | ) | |
| | ) | **ORDER** |
| | ) | (Written Opinion) |
| v. | ) | |
| | ) | |
| Eddie S. Choice, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before this Court on the petitioner of Eddie S. Choice, who has filed a *pro se* motion asking this Court to amend his sentence. Petitioner requests that the Court amend his sentence to reflect credit for time previously served in federal custody. Specifically, Petitioner asks the Court to order the Bureau of Prisons to grant him credit toward his federal sentence for time spent incarcerated from July 15, 2003 through May 3, 2004.

This Court directs the Bureau of Prisons ("BOP") to file a response to the petition, and if an extension of time is needed, the BOP may move before this Court for such time. This response is due within 20 days of the entry of this order or, if transcripts are required for the response, within 20 days of the receipt of those transcripts.

IT IS THEREFORE ORDERED that the Bureau of Prisons shall file a response within 20 days of the entry of this order.

**IT IS SO ORDERED.**

G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

April 10, 2008

Anderson, South Carolina